AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reverend Dr. Samuel Whatley, Samuel Whatley, II, and Pacita Whatley,<br>*Plaintiff*<br>v.<br>Wells Fargo Bank, N.A.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  2:23-cv-2015-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiffs, Reverend Dr. Samuel Whatley, Samuel Whatley, II, and Pacita Whatley, take nothing of the defendant, Wells Fargo Bank, N.A., and this action is summarily dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable ____ presiding, and the jury has rendered a verdict. The plaintiffs __, recover from the defendant ____ the amount of ____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date:     December 13, 2023                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                         s/Amanda D. Hilley
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*